Luis A. Ayon, Esq.
Nevada Bar No. 9752
**Ayon Law, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendants/Counterclaimants
4655 Gracemont Ave Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11,<br><br>Plaintiff,<br><br>vs.<br><br>4655 GRACEMONT AVENUE TRUST, an unknown entity; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants, | Case No.: 2:17-cv-00063-JAD-PAL<br><br>**MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENDANT / COUNTERCLAIMANT 4655 GRACEMONT AVE TRUST** |

KENNETH BERBERICH, as Trustee of 4655 GRACEMONT AVENUE TRUST,

Counterclaimants,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11

Pursuant to FRCP Rule 74(d) and LR IA 11-6(c), Defendant/Counterclaimant 4655 Gracemont Ave Trust ("Gracemont") hereby moves this court to substitute counsel. Luis A. Ayon, Esq. lead counsel for Defendant Gracemont, formerly of Maier Gutierrez Ayon, PLLC ("MGA Law"), has left MGA Law and has formed AYON LAW, PLLC ("AYON LAW").

Defendant Gracemont has chosen to remain with Luis A. Ayon, Esq., and engage AYON LAW for this matter. Defendant Gracemont has signed a substitution counsel. *See* Exhibit A. MGA Law has provided Ayon Law the case file and Luis A. Ayon is aware of all the deadlines in this matter.

Discovery in this matter does not close until October 9, 2017 [*see* Docket No. 13], and therefore, discovery and trial deadlines will not be effected by this substitution of counsel. Accordingly, Defendant Gracemont requests that this Court grant its motion to substitute counsel of record in this matter.

DATED this 11th day of May, 2017.

        **AYON LAW, PLLC**

        /s/ Luis A. Ayon
        LUIS A. AYON, ESQ.
        Nevada Bar No. 9752
        9205 W. Russell Road
        Building 3, Suite 240
        Las Vegas, Nevada 89148

## ORDER

IT IS HEREBY ORDERED that Luis A. Ayon, Esq. of the law firm of Ayon Law. PLLC, shall be substituted in place of the law firm Maier Gutierrez and Associates.

Dated this 18th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that service of the foregoing **MOTION TO SUBSTITUTE ATTORNEYS FOR DEFENDANT / COUNTERCLAIMANT 4655 GRACEMONT AVE TRUST** was made on this 11th day of May, 2016, via the Court's CM/ECF system to all parties and counsel as identified on the Court-generated Notice of Electronic Filing. |

 

                                                                                       /s/ *Luis A. Ayon*
                                                                             An Employee of Ayon Law, PLLC

# EXHIBIT A

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
E-Mail: laa@ayonlaw.com

*Attorneys for Defendants/Counterclaimants*
*4655 Gracemont Ave Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11,<br><br>Plaintiff,<br>vs.<br><br>4655 GRACEMONT AVENUE TRUST, an unknown entity; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants, | Case No.: 2:17-cv-00063-JAD-PAL<br><br>**SUBSTITUTION OF ATTORNEYS** |
| KENNETH BERBERICH, as Trustee of 4655 GRACEMONT AVENUE TRUST,<br><br>Counterclaimants,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11 | |

LUIS A. AYON, ESQ., of AYON LAW, PLLC, is hereby substituted in as the attorneys for Defendant, KENNETH BERBERICH, AS TRUSTEE OF 4655 GRACEMONT AVENUE TRUST, in the above-entitled action, in the place and stead of MAIER GUTIERREZ & ASSOCIATES.

_____
KENNETH BERBERICH, AS TRUSTEE OF 4655 GRACEMONT AVENUE TRUST

We hereby accept the above and foregoing substitution as attorneys for Defendant, KENNETH BERBERICH, AS TRUSTEE OF 4655 GRACEMONT AVENUE TRUST.

DATED this 8 day of May, 2017.

AYON LAW, PLLC

_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148

We hereby consent to the above substitution.

DATED this 8 day of May, 2017.

MAIER GUTIERREZ & ASSOCIATES

_____
JASON R MAIER, ESQ.
Nevada Bar No. 8557
8816 Spanish Ridge Ave
Las Vegas, Nevada 89148