James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
**PENGILLY LAW FIRM**
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Defendant*
*Blue Diamond Ranch Landscape*
*Maintenance Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-0C11 MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-0C11,<br><br>                    Plaintiff,<br><br>v.<br><br>4655 GRACEMONT A VENUE TRUST, an unknown entity; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>                    Defendants. | CASE NO: 2:17-cv-0063-JAD-PAL<br><br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND**<br><br>ECF No. 23, 25, 26 |

    IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, THE BANK OF

NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE

CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-0C11

MORTGAGE PASSTHROUGH CERTIFICATES, SERIES 2006-0C11 ("BONY"), and counsel for

Defendant, BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION

1

("HOA"), that the Default (ECF 21) entered in this matter on June 5, 2017, against the HOA, be set aside; and

IT IS FURTHER STIPULATED that the HOA may have ten (10) days from the date of entry of this stipulation in which to answer BONY's Complaint on file herein.

DATED this 13th day of June, 2017.

**PENGILLY LAW FIRM**

/s/ Elizabeth Lowell
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Defendant*
*Blue Diamond Ranch Landscape*
*Maintenance Association*

DATED this 13th day of June, 2017.

WRIGHT, FINLAY & ZAK, LLP

/s/
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED this ___22nd___ day of ____June____, 2017

_____
**UNITED STATES DISTRICT COURT JUDGE**