ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:  (702) 948-8565
Fax:  (702) 446-9898
swade@zbslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

BANK OF NEW YORK MELLON FORMERLY KNOWN AS BANK OF NEW YORK,

   Plaintiff,

vs.

4655 GRACEMONT AVENUE TRUST; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION,

   Defendants.

AND ALL RELATED CLAIMS.

Case No.: 2:17-cv-00063-JAD-PAL

**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL**

Shadd A Wade, Esq. hereby gives notice that Shadd A. Wade, Esq. is no longer an attorney associated with Wright, Finlay & Zak, LLP. Shadd A. Wade, Esq. requests that he no longer receive notices related to this case. WRIGHT, FINLAY & ZAK, LLP will remain counsel of record and should continue to receive notices related to this case.

DATED this _14th____ day of June, 2017.

**IT IS SO ORDERED** this 27th day of June, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

ZIEVE, BRODNAX & STEELE, LLP

__/s/ Shadd A. Wade, Esq._____
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:  (702) 948-8565

Fax: (702) 446-9898
swade@zbslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** was made on the _14th____ day of June, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

   /s/ Ryan Bradford_____
An employee of ZIEVE, BRODNAX & STEELE, LLP