# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bank of New York Mellon, | Case No.: 2:17-cv-00063-JAD-PAL |
| Plaintiff | |
| v. | **Order Lifting Stay** |
| 4655 Gracemont Avenue Trust, et al., | [ECF No. 44] |
| Defendants | |

Good cause appearing, IT IS HEREBY ORDERED that the motion to lift stay **[ECF No. 44] is GRANTED.**

IT IS FURTHER ORDERED that the parties have the following deadlines and obligations to move this case forward:

**Discovery has closed**:

Discovery closed before the stay was entered.[1] Requests to reopen discovery must comply with Local Rule 26-4.

**Dispositive motions:**

Any **dispositive motions must be filed by November 30, 2018**. Before filing or refiling any dispositive motion, the parties must meet and confer as defined by Local Rule IA1-3(f) to discuss in good faith the issues that the parties intend to raise by motion. **A party representative must attend the meet and confer, either in person or by telephone.** Requests to be excused from any aspect of this meet-and-confer requirement will be denied absent extraordinary circumstances.

---

[1] *See* ECF No. 32.

Any **dispositive motion filed in this case must be accompanied by a declaration** by the movant's counsel that sets forth the details of the meet-and-confer in compliance with LR IA 1-3(f)(2) and certifies that, despite good-faith efforts, the issues raised in the motion could not be resolved. The court may summarily deny any motion that fails to comply with this requirement.

**Proposed Joint Pretrial Order**:

The parties have until **December 7, 2018**, to discuss settlement and prepare and **file their Proposed Joint Pretrial Order** in compliance with LR 16-3(b). The filing of a timely motion for summary judgment will stay this deadline.

Dated: September 24, 2018

_____
U.S. District Judge Jennifer A. Dorsey