**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
RYAN D. HASTINGS
Nevada Bar No. 12394
rhastings@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone:     (702) 538-9074
Facsimile:     (702) 538-9113
*Attorneys for Blue Diamond Ranch Landscape Maintenance Association*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11,<br><br>                Plaintiff,<br>vs.<br><br>4655 GRACEMONT AVENUE TRUST, an unknown entity; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation,<br><br>                Defendants. | Case No.  2:17-cv-00063-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING [ECF 48]**<br><br>**(Second Request)**<br><br>ECF Nos. 53, 56 |
| KENNETH BERBERICH AS TRUSTEE OF 4655 GRACEMONT AVENUE TRUST,<br><br>                Counter Claimant,<br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11,<br><br>                Counter Defendant. | |

# STIPULATION AND ORDER EXTENDING BRIEFING

Defendant Blue Diamond Ranch Landscape Maintenance Association (the "Association"), Plaintiff The Bank of New York Mellon (the "Bank"), and Defendant Kenneth Berberich, as Trustee of 4655 Gracemont Avenue Trust (collectively, the "Parties"), by and through their respective counsel stipulate and agree as follows:

1. The Bank filed its Motion for Summary Judgment in the above case on November 30, 2018, [ECF 48].

2. The Association's response to the Motion was due December 21, 2018.

3. On December 21, 2018 the parties stipulated to extending the deadline for the Association's response to the Motion until January 4, 2019. *See* ECF 53.

4. The Association has requested and the Bank has agreed to extend the deadline for the Association to file its response to the Bank's Motion for Summary Judgment to and including **January 18, 2019**.

5. The Association's counsel requests this extension due to recently substituting in on the case for the Association on December 10, 2018 and currently awaiting the litigation file from the Association's prior counsel. This request is not intended to cause any delay or prejudice to any party.

## ORDER

IT IS SO ORDERED, and the prior stipulation extending the deadline to January 4, 2019 **[ECF No. 53] is DENIED** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 4, 2019

-Signatures on next page--

-2-

<u>**Stipulation and Order Extending Briefing**</u>
**2:17-CV-00063**

Agreed to by:

| **LEACH KERN GRUCHOW ANDERSON SONG** | **Wright Finlay & Zak, LLP** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Aaron D. Lancaster* |
| Sean L. Anderson, Esq.<br>Nevada Bar No. 7259<br>Ryan D. Hastings, Esq.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Defendant The Springs at Spanish Trail Association* | Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115<br>7785 W. Sahara Avenue, #200<br>Las Vegas, NV 89117<br>*Attorneys for The Bank of New York Mellon* |

**AYON LAW, PLLC**

*/s/ Luis A. Ayon*

Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
*Attorneys for Kenneth Berberich, as Trustee of 4655 Gracemont Avenue Trust*