WRIGHT, FINLAY & ZAK, LLP
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, The Bank of New York Mellon fka The Bank of New York, As Trustee For The Certificateholders of the CWALT, Inc., Alternative Loan Trust 2006-OC11 Mortgage Pass-Through Certificates, Series 2006-OC11*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-OC11 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OC11; <br><br> Plaintiff, <br> vs. <br><br> 4655 GRACEMONT AVENUE TRUST, an unknown entity; BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, a Nevada non-profit corporation; <br><br> Defendants. <br> AND RELATED CLAIMS | Case No.: 2:17-cv-00063-JAD-PAL <br><br> **THE BANK OF NEW YORK MELLON'S STIPULATION AND ORDER EXTENDING DEADLINES** |

The Bank Of New York Mellon Fka The Bank Of New York, As Trustee For The Certificateholders Of The CWALT, Inc., Alternative Loan Trust 2006-OC11 Mortgage Pass-Through Certificates, Series 2006-OC11 ("BONY" or "Plaintiff"), Defendant Blue Diamond Ranch Landscape Maintenance Association (the "Association"), and Defendant Kenneth Berberich, as Trustee of 4655 Gracemont Avenue Trust ("Buyer") (collectively, the "Parties"),

by and through their respective counsel stipulate and agree as follows:

    1. 4655 Gracemont Avenue Trust filed its Response to BONY's Motion for Summary Judgment in the above case on December 21, 2018, [ECF 51].

    2. 4655 Gracemont Avenue Trust filed its Countermotion for Summary Judgment in the above case on December 21, 2018, [ECF 52].

    3. BONY's Reply to the Response is due January 4, 2019

    4. BONY's Response to Countermotion for Summary Judgment is due January 11, 2019.

    5. The parties have agreed to extend the deadlines for BONY to file its Reply and Response on January 11, 2019.

    6. Plaintiff's counsel requests this extension due to fact that the majority if not all of issues to be addressed in Plaintiff's Reply to Buyer's Response to BONY's Motion for Summary Judgment [ECF 51] and Plaintiff's Response to Countermotion for Summary Judgment [ECF No. 52] will be identical. Therefore, to reduce duplicative filings Plaintiff's counsel requests this extension.

    7. Further, Plaintiff's counsel was out of the office for the holidays for the majority of the dates since the filing of the Buyer's Response to BONY's Motion for Summary Judgment [ECF No. 51] and Countermotion [ECF No.52].

    IT IS SO ORDERED this 11th day of January, 2019.

                                              _____
                                              U.S. DISTRICT COURT JUDGE

Agreed to by:

**AYON LAW, PLLC**

*/s/  Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
*Attorneys for Kenneth Berberich, as Trustee of 4655 Gracemont Avenue Trust*

**Wright Finlay & Zak, LLP**

*/s/ Aaron D. Lancaster*
Aaron D. Lancaster, Esq.
Nevada Bar No. 10115
7785 W. Sahara Avenue, #200
Las Vegas, NV 89117
*Attorneys for The Bank of New York Mellon*