# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of CWALT, Inc. Alternative Loan Trust 2006-OC11, Mortgage Passthrough Certificates, Series 2006-OC11, <br><br> Plaintiff <br><br> v. <br><br> 4655 Gracemont Avenue Trust, et al., <br><br> Defendants | Case No. 2:17-cv-00063-JAD-BNW <br><br> **Order Directing Entry of Amended Judgment on Remand** |

      In 2020, this court dismissed the Bank of New York Mellon's claims in this HOA-foreclosure action as time-barred by Nevada's catch-all four-year deadline in Nevada Revised Statute (NRS) 11.220 because it was filed more than four years after the foreclosure sale occurred.[1]  Two years later, the Supreme Court of Nevada agreed that such actions are subject to NRS 11.220's four-year limitations period in *U.S. Bank v. Thunder Properties*, but it declined to adopt a bright-line trigger for when that period begins to run.[2]  Because the instant case was on appeal when *Thunder Properties* was decided, the Ninth Circuit panel asked for supplemental briefing about when the statute began to run on these claims.[3]  Based on that briefing, the panel found that the bank's action was timely, vacated my dismissal, and "remanded to the district court for entry of judgment in favor of Mellon."[4]

---

[1] ECF No. 118 (minutes of trial ruling); ECF No. 120 (judgment).

[2] *U.S. Bank v. Thunder Properties*, 503 P.3d 299, 307 (Nev. 2022).

[3] ECF No. 131 at 5 (Ninth Circuit order).

[4] *Id.* at 7.

In light of that mandate, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Clerk of Court is directed to **ENTER an AMENDED JUDGMENT in favor of the Plaintiff Bank of New York Mellon and against the defendant, declaring that the deed of trust recorded against 4655 Gracemont Avenue in Las Vegas, Nevada, APN 177-07-311-127 on 9/25/2006 survived the June 12, 2012, foreclosure sale and remains an encumbrance on the property.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 31, 2023